**Richard A. VAN DALINDA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3168.

United States Court of Appeals, Federal Circuit.

May 18, 2005.

**ORDER**

Order vacated, see 2005 WL 1654983.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Donald B. MASON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3107.

United States Court of Appeals, Federal Circuit.

May 19, 2005.

*ORDER*

We consider whether 05–3107 should be dismissed.

On December 16, 2004, Donald B. Mason filed with the Merit Systems Protection Board a petition for review of the administrative judge's (AJ) November 29, 2004 decision dismissing his appeal in *Mason v. USPS*, No. CH–0752–04–0749–I–1. On February 14, 2005, Mason filed a petition for review of the same AJ decision with the court. On February 18, 2005 we informed Mason that his petition for review here would be dismissed if he did not respond within 21 days. Mason has not responded and thus his petition is dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) 05–3107 is dismissed.

(2) Each side shall bear its own costs.